BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § § | |
| ZPower Texas, LLC | § § | Case No.: 20-41157 |
| | § § | |
| Debtor(s) | § § | |

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■    is the first mail matrix in this case.

☐    adds entities not listed on previously filed mailing list(s).

☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐    deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: March 17, 2020

/s/ Glynne Townsend
Glynne Townsend/CEO/CRO
Signer/Title

Date: March 17, 2020

/s/ Davor Rukavina, Esq.
Signature of Attorney
Davor Rukavina, Esq. 24030781
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
214-855-7500   Fax: 214-855-7584

84-5123527
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Z Battery DIP Lenders, LLC
c/o Mark Chevallier
McGuire, Craddock & Strother, P.C.
500 N Akard St. Suite 2200
Dallas, TX 75201