| CASE NAME: | Zpower Texas, LLC | ACCRUAL BASIS |
|---|---|---|
| CASE NUMBER: | 20-41157 | |
| JUDGE: | Edward L. Morris | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Fort Worth    DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING:    September 30, 2020

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS - 1 THROUGH ACCRUAL BASIS - 7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_
Original Signature of Responsible Party

Glynne Townsend
Printed Name of Responsible Party

CEO, CRO
Title

10/20/2020
Date

**PREPARER:**

_[signature]_
Original Signature of Preparer

Kelly McCullough
Printed Name of Preparer

Financial Advisors for the
Debtor-In-Possession
Title

10/20/2020
Date

| CASE NAME: | Zpower Texas, LLC | | | | ACCRUAL BASIS - 1 |
|---|---|---|---|---|---|
| CASE NUMBER: | 20-41157 | | | | |

## COMPARATIVE BALANCE SHEET

(SEE GENERAL FOOTNOTE)

| | | SCHEDULED AMOUNT | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| 1. | Unrestricted Cash | | | | |
| 2. | Restricted Cash | | | | |
| 3. | Total Cash | | | | |
| 4. | Accounts Receivable (Net) | 50,000 | 50,000 | 50,000 | 50,000 |
| 5. | Inventory | | | | |
| 6. | Notes Receivable | | | | |
| 7. | Prepaid Expenses | | | | |
| 8. | Other (Attach List) | | | | |
| 9. | Total Current Assets | 50,000 | 50,000 | 50,000 | 50,000 |
| 10. | Property, Plant & Equipment | | | | |
| 11. | Less: Accumulated Depreciation/Depletion | | | | |
| 12. | Net Property, Plant & Equipment | | | | |
| 13. | Due From Insiders | | | | |
| 14. | Other Assets - Net of Amortization (Attach List) | | | | |
| 15. | Other (Attach List) | | | | |
| 16. | Total Assets | 50,000 | 50,000 | 50,000 | 50,000 |
| **POST PETITION LIABILITIES** | | | | | |
| 17. | Accounts Payable | | 650 | 650 | 650 |
| 18. | Taxes Payable | | | | |
| 19. | Notes Payable | | | | |
| 20. | Professional Fees | | | | |
| 21. | Secured Debt | | | | |
| 22. | Other (Attach List) | | | | |
| 23. | Total Post Petition Liabilities | | 650 | 650 | 650 |
| **PRE PETITION LIABILITIES** | | | | | |
| 24. | Secured Debt | 50,000 | 50,000 | 50,000 | 50,000 |
| 25. | Priority Debt | | | | |
| 26. | Unsecured Debt | | | | |
| 27. | Other (Attach List) | | | | |
| 28. | Total Pre Petition Liabilities | 50,000 | 50,000 | 50,000 | 50,000 |
| 29. | Total Liabilities | 50,000 | 50,650 | 50,650 | 50,650 |
| **EQUITY** | | | | | |
| 30. | Pre Petition Owners' Equity | | | | |
| 31. | Post Petition Cumulative Profit Or (Loss) | | (650) | (650) | (650) |
| 32. | Direct Charges To Equity | | | | |
| 33. | Total Equity | | (650) | (650) | (650) |
| 34. | Total Liabilities and Equity | | 50,000 | 50,000 | 50,000 |

This form ___ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC | | | ACCRUAL BASIS - 2 |
|---|---|---|---|---|
| CASE NUMBER: | 20-41157 | | | |

| INCOME STATEMENT | MONTH | MONTH | MONTH | QUARTER |
|---|---|---|---|---|
| REVENUES | Jul-20 | Aug-20 | Sep-20 | TOTAL |
| 1. Gross Revenues | | | | |
| 2. Less: Returns & Discounts | | | | |
| 3. Net Revenue | | | | |
| **COST OF GOODS SOLD** | | | | |
| 4. Material | | | | |
| 5. Direct Labor | | | | |
| 6. Direct Overhead | | | | |
| 7. Total Cost Of Goods Sold | | | | |
| 8. Gross Profit | | | | |
| **OPERATING EXPENSES** | | | | |
| 9. Officer / Insider Compensation | | | | |
| 10. Selling & Marketing | | | | |
| 11. General & Administrative | | | | |
| 12. Rent & Lease | | | | |
| 13. Other (Attach List) | | | | |
| 14. Total Operating Expenses | | | | |
| 15. Income Before Non-Operating Income & Expense | | | | |
| **OTHER INCOME & EXPENSES** | | | | |
| 16. Non-Operating Income (Att List) | | | | |
| 17. Non-Operating Expense (Att List) | | | | |
| 18. Interest Expense | | | | |
| 19. Depreciation / Depletion | | | | |
| 20. Amortization | | | | |
| 21. Other (Attach List) | | | | |
| 22. Net Other Income & (Expenses) | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 23. Professional Fees | | | | |
| 24. U.S. Trustee Fees | | | | |
| 25. Other (Attach List) | | | | |
| 26. Total Reorganization Expenses | | | | |
| 27. Income Tax | | | | |
| 28. Net Profit (Loss) | | | | |

This form ____ does ____ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC |
|---|---|
| CASE NUMBER: | 20-41157 |

ACCRUAL BASIS - 3

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. Cash - Beginning Of Month | | | | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. Cash Sales | | | | |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. Pre Petition | | | | |
| 4. Post Petition | | | | |
| 5. Total Operating Receipts | | | | |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. Loans & Advances (Attach List) | | | | |
| 7. Sale of Assets | | | | |
| 8. Other (Attach List) | | | | |
| 9. Total Non-Operating Receipts | | | | |
| 10. Total Receipts | | | | |
| 11. Total Cash Available | | | | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. Net Payroll | | | | |
| 13. Payroll Taxes Paid | | | | |
| 14. Sales, Use & Other Taxes Paid | | | | |
| 15. Secured / Rental / Leases | | | | |
| 16. Utilities | | | | |
| 17. Insurance | | | | |
| 18. Inventory Purchases | | | | |
| 19. Vehicle Expenses | | | | |
| 20. Travel | | | | |
| 21. Entertainment | | | | |
| 22. Repairs & Maintenance | | | | |
| 23. Supplies | | | | |
| 24. Advertising | | | | |
| 25. Other (Attach List) | | | | |
| 26. Total Operating Disbursements | | | | |
| **REORGANIZATION DISBURSEMENTS** | | | | |
| 27. Professional Fees | | | | |
| 28. U.S. Trustee Fees | | | | |
| 29. Other (Attach List) | | | | |
| 30. Total Reorganization Expenses | | | | |
| 31. Total Disbursements | | | | |
| 32. Net Cash Flow | | | | |
| 33. Cash - End of Month | | - | | |

This form ___ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC | | | ACCRUAL BASIS - 4 |
|---|---|---|---|---|
| CASE NUMBER: | 20-41157 | | | (SEE GENERAL FOOTNOTE) |

| ACCOUNTS RECEIVABLE AGING | SCHEDULED AMOUNT | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | 50,000 | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | 50,000 | 50,000 | 50,000 |
| 5. Total Accounts Receivable | 50,000 | 50,000 | 50,000 | 50,000 |
| 6. (Amount Considered Uncollectible) | | | | |
| 7. Accounts Receivable (Net) | 50,000 | 50,000 | 50,000 | 50,000 |

MONTH: September-20

| AGING OF POST PETITION TAXES AND PAYABLES | | | | | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
| 1. Federal | | | | | |
| 2. State | | | | | |
| 3. Local | | | | | |
| 4. Other (Attach List) | | | | | |
| 5. Total Taxes Payable | | | | | |
| 6. Accounts Payable | | | 325 | 325 | 650 |

MONTH: September-20

| STATUS OF POST PETITION TAXES | | | | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY * | AMOUNT WITHHELD AND/OR ACCRUED | (AMOUNT PAID) | ENDING TAX LIABILITY |
| 1. Withholding ** | | | | |
| 2. FICA - Employee ** | | | | |
| 3. FICA - Employer ** | | | | |
| 4. Unemployment | | | | |
| 5. Other - Income Tax | | | | |
| 6. Other - Earned Income Credit | | | | |
| 7. Total Federal Taxes | | | | |
| STATE AND LOCAL | | | | |
| 8. Withholding | | | | |
| 9. Sales | | | | |
| 10. Excise | | | | |
| 11. Unemployment | | | | |
| 12. Real Property | | | | |
| 13. Personal Property | | | | |
| 14. Other (Attach List) | | | | |
| 15. Total State And Local | | | | |
| 16. Total Taxes | | | | |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.
\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment of deposit.
This form ___ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC |
|---|---|
| CASE NUMBER: | 20-41157 |

ACCRUAL BASIS - 5

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: September-20

| BANK RECONCILIATIONS | Account # 1 | Account # 2 | Account # 3 | Other Accounts (Attach List) | TOTAL |
|---|---|---|---|---|---|
| A. BANK: | | | | | |
| B. ACCOUNT NUMBER: | | | | | |
| C. PURPOSE (TYPE): | | | | | |
| 1. Balance Per Bank Statement | | | | | |
| 2. Add: Total Deposits Not Credited | | | | | |
| 3. Subtract: Outstanding Checks | | | | | |
| 4. Other Reconciling Items | | | | | |
| 5. Month End Balance Per Books | - | - | - | | |
| 6. Number of Last Check Written | | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. (Attach List) | | | | |
| 11. Total Investments | | | | |

| CASH | | |
|---|---|---|
| 12. Currency On Hand | | |
| 13. Total Cash - End of Month | | |

This form ___ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC | ACCRUAL BASIS - 6 |
|---|---|---|
| CASE NUMBER: | 20-41157 | |
| | | MONTH: September-20 |

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the Total Disbursements shown for the month, list the amount paid to Insiders (as defined in Section 101 (31) (A) - (F) of the U.S. Bankruptcy Code) and to Professionals. Also, for payments to Insiders, identify the type of compensation paid (e.g. salary, bonus, commissions, insurance, housing allowance, travel, car allowance, etc.). Attach additional sheets if necessary.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. (Attach List) | | | |
| 9. Total Payments To Insiders | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. Munsch Hardt Kopf & Harr, PC | | | | | |
| 2. Lain Faulkner & Co., P.C. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. (Attach List) | | | | | |
| 8. Total Payments To Professionals | | | | | |

\* Include all fees incurred, both approved and unapproved

| POST PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS | | | |
|---|---|---|---|
| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST PETITION |
| 1. | $    - | $    - | $    - |
| 2. | | | |
| 3. | | | |
| 5. (Attach List) | | | |
| 6. TOTAL | | $    - | $    - |

This form ___ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC | ACCRUAL BASIS - 7 |
|---|---|---|
| CASE NUMBER: | 20-41157 | |
| | MONTH: | September-20 |

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | Have any Assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any Post Petition Receivables (accounts, notes, or loans) due from related parties? | | X |
| 4. | Have any payments been made on Pre Petition Liabilities this reporting period? | | X |
| 5. | Have any Post Petition Loans been received by the debtor from any party? | | X |
| 6. | Are any Post Petition Payroll Taxes past due? | | X |
| 7. | Are any Post Petition State or Federal Income Taxes past due? | | X |
| 8. | Are any Post Petition Real Estate Taxes past due? | | X |
| 9. | Are any other Post Petition Taxes past due? | | X |
| 10. | Are any amounts owed to Post Petition creditors delinquent? | | X |
| 11. | Have any Pre Petition Taxes been paid during the reporting period? | | X |
| 12. | Are any wage payments past due? | | X |

If the answer to any of the above questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.

_____

_____

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | Are Worker's Compensation, General Liability and other necessary insurance coverages in effect? | | N/A |
| 2. | Are all premium payments paid current? | | N/A |
| 3. | Please itemize policies below. | | N/A |

If the answer to any of the above questions is "No", or if any policies have been canceled or not renewed during this reporting period, provide an explanation below. Attach additional sheets if necessary.

_____

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | Zpower Texas, LLC |
|---|---|
| CASE NUMBER: | 20-41157 |

FOOTNOTES
ACCRUAL BASIS

MONTH: September-20

| ACCRUAL BASIS FORM NUMBER | LINE NUMBER | FOOTNOTE / EXPLANATION |
|---|---|---|
| General | | On March 17, 2020 (the "Petition Date"), the above-captioned Debtor and Debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). |
| | | The report was prepared from information in the Debtor's books and records and data contained in the Schedules and Statements of Financial Affairs filed by the Debtor. The activity from the Debtor's books and records have not been adjusted and are still in the process of being evaluated to determine if there are any other adjustments required. |
| ACC-7 | Insurance | The Debtor is a non-operating entity and owns no property nor has any employees and therefore it has no insurance policies to report. |